IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DELBERT HEARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 09-cv-449-JPG |
| | ) |
| **WEXFORD HEALTH SOURCES,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   October 4, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Jina Hoyt, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE